127 F.3d 1094
 Ronald Benson, Juan Ponce
v.
Philadelphia Naval Shipyard, John H. Dalton, as Secretary of
Navy, Arthur D. Clark, as Commander of Philadelphia Naval
Base, J. C. Bergner, as Production Officer, Philadelphia
Naval Shipyard Patricia D'Amico, Employment of Philadelphia
Naval Shipyard, William P. McCarthy, Employment Capacity
Philadelphia Naval Shipyard, Warren Duane Bales, Employment
Capacity, Edward C. Corson, Employment Capacity, Bruce D.
Mackiewicz, Employment
 NO. 96-2099
 United States Court of Appeals,
Third Circuit.
 Aug 15, 1997
 Appeal From: E.D.Pa. ,No.91cv8030
 
 1
 Reversed.